**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GERGELY SOMOGYI, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>ORGANOGENESIS HOLDINGS INC., GARY S. GILLHEENEY, SR., and DAVID C. FRANCISCO,<br><br>                Defendants. | Case No. 1:21-cv-06845-DG-MMH |

**NOTICE OF THE MOTION OF DONALD MARTIN MEYER
FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that on a date and time designated by the Court, before the Honorable Diane Gujarati, at the United States District Court for the Eastern District of New York, located at the Theodore Roosevelt United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, putative class member Donald Martin Meyer ("Mr. Meyer"), by his undersigned counsel, will respectfully move this Court for entry of an Order for: (1) appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); (2) approval of his selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class; and (3) any such further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that Mr. Meyer is the "most adequate plaintiff" pursuant to the PSLRA.  In support of this Motion, Mr. Meyer submits herewith an accompanying memorandum of law and the Declaration of Geoffrey C. Jarvis.

DATED:  February 8, 2022

Respectfully submitted,

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**

*/s/ Geoffrey C. Jarvis*
Geoffrey C. Jarvis
Naumon A. Amjed
Ryan T. Degnan
Karissa J. Sauder
280 King of Prussia Road

---

[1]    Counsel for Mr. Meyer understand that Rule III.B of the Individual Practice Rules of Judge Diane Gujarati requests that parties "not serve motion papers before the Court enters a briefing schedule" and "refrain from filing motion papers until the motion has been fully briefed, unless doing so might cause a party to miss an applicable deadline."  This Motion has been filed pursuant to Section 21D(a)(3)(A)-(B) of the Securities Exchange Act of 1934, as amended by the PSLRA.  Section 21D(a)(3)(A)-(B) provides that within sixty days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action.  Consequently, a delay in filing this Motion would cause Mr. Meyer to miss the applicable deadline and lose his right to seek appointment as lead plaintiff.  Additionally, counsel for Mr. Meyer cannot determine who the competing lead plaintiff candidates are, if any, at this time.  Accordingly, Mr. Meyer respectfully requests that the requirements of the Court's Individual Practice Rules be waived for purposes of this Motion.

1

Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
gjarvis@ktmc.com
namjed@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

*Counsel for Donald Martin Meyer and*
*Proposed Lead Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Geoffrey C. Jarvis, hereby certify that on February 8, 2022, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Geoffrey C. Jarvis*
Geoffrey C. Jarvis

3