**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GERGELY SOMOGYI, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-06845-DG-MMH |
| Plaintiff, | |
| v. | |
| ORGANOGENESIS HOLDINGS INC., GARY S. GILLHEENEY, SR., and DAVID C. FRANCISCO, | |
| Defendants. | |

**DECLARATION OF GEOFFREY C. JARVIS IN SUPPORT OF**
**THE MOTION OF DONALD MARTIN MEYER FOR**
**APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF COUNSEL**

I, Geoffrey C. Jarvis, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP.  I submit this Declaration in support of the motion filed by Donald Martin Meyer ("Mr. Meyer") for appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and approval of his selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Mr. Meyer's sworn certification pursuant to the PSLRA;

Exhibit B:      Chart of Mr. Meyer's transactions and losses in Organogenesis Holdings Inc. securities during the Class Period;

Exhibit C:      Declaration of Donald Martin Meyer;

Exhibit D:      Notice of the pendency of *Somogyi v. Organogenesis Holdings Inc., et al.*, No. 1:21-cv-06845-DG-MMH (E.D.N.Y.), published in *Globe Newswire* on December 10, 2021; and

Exhibit E:      Firm résumé of Kessler Topaz Meltzer & Check, LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of February 2022.

/s/ Geoffrey C. Jarvis
Geoffrey C. Jarvis

1

## CERTIFICATE OF SERVICE

I, Geoffrey C. Jarvis, hereby certify that on February 8, 2022, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ Geoffrey C. Jarvis
Geoffrey C. Jarvis

2