# EXHIBIT B

**Total LIFO Loss:** ($36,121.20)

**Donald Martin Meyer**
**Account #1**
**LIFO Losses in Organogenesis Holdings Inc.**
Class Period: 3/17/2021 - 10/11/2021
Retained Shares Valued At          $10.21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/7/2021 | 100 | $20.14 | $2,014.00 | Sale | 4/28/2021 | 500 | $20.99 | $10,492.90 |
| Purchase | 4/7/2021 | 400 | $20.44 | $8,176.00 | Retained Shares | | 800 | $10.21 | $8,170.32 |
| Purchase | 4/7/2021 | 500 | $20.23 | $10,115.00 | | | | | |
| Purchase | 6/2/2021 | 100 | $16.94 | $1,694.00 | | | | | |
| Purchase | 6/28/2021 | 100 | $16.66 | $1,666.30 | | | | | |
| Purchase | 9/23/2021 | 100 | $16.02 | $1,601.50 | | | | | |
| | | 1,300 | | $25,266.80 | | | 1,300 | | $18,663.22 |

*LIFO loss:* ($6,603.58)

**Donald Martin Meyer**
**Account #2**
**LIFO Losses in Organogenesis Holdings Inc.**
Class Period: 3/17/2021 - 10/11/2021
Retained Shares Valued At          $10.21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/7/2021 | 1,000 | $20.14 | $20,140.00 | Retained Shares | | 3,000 | $10.21 | $30,638.70 |
| Purchase | 4/13/2021 | 1,000 | $20.86 | $20,860.00 | | | | | |
| Purchase | 6/8/2021 | 500 | $16.00 | $8,000.00 | | | | | |
| Purchase | 6/15/2021 | 500 | $15.52 | $7,760.00 | | | | | |
| | | 3,000 | | $56,760.00 | | | 3,000 | | $30,638.70 |

*LIFO loss:* ($26,121.30)

**Donald Martin Meyer**
**Account #3**
**LIFO Losses in Organogenesis Holdings Inc.**
Class Period: 3/17/2021 - 10/11/2021
Retained Shares Valued At          $10.21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/9/2021 | 250 | $22.00 | $5,500.00 | Retained Shares | | 320 | $10.21 | $3,268.13 |
| Purchase | 6/28/2021 | 70 | $16.64 | $1,164.45 | | | | | |
| | | 320 | | $6,664.45 | | | 320 | | $3,268.13 |

LIFO loss:          ($3,396.32)