# EXHIBIT D

## *Pomerantz Law Firm Announces the Filing of a Class Action Against Organogenesis Holdings Inc. and Certain Officers – ORGO*

GlobeNewswire

December 10, 2021 Friday 7:06 PM PT

Copyright 2021 GlobeNewswire, Inc. All Rights Reserved



**Section:** CLASS ACTION; LAW & LEGAL ISSUES

**Length:** 716 words

## Body

NEW YORK, Dec.  10, 2021  (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against *Organogenesis* Holdings Inc. ("*Organogenesis*" or the "Company") (NASDAQ: ORGO) and certain of its officers. The class action, filed in the United States District Court for the Eastern District of New York, and docketed under 21-cv-06845, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired *Organogenesis* securities between March 17, 2021 and October 11, 2021, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased *Organogenesis* securities during the Class Period, you have until February 8, 2022 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at *www.pomerantzlaw.com*.  To discuss this action, contact Robert S. Willoughby at *newaction@pomlaw.com* or

Pomerantz Law Firm Announces the Filing of a Class Action Against Organogenesis Holdings Inc. and Certain Officers – ORGO

888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

[Click here for information about joining the class action]

*Organogenesis* is a regenerative medicine company that develops, manufactures, and commercializes solutions for the advanced wound care and surgical and sports medicine markets in the U.S. The Company's products include, among others, "Affinity" and "PuraPly XT". Affinity is a wound covering product used to support the treatment of a variety of wound sizes and types. PuraPly XT is an antimicrobial barrier used for a broad variety of wound types.

The complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) *Organogenesis* improperly billed the federal government for its Affinity and PuraPly XT products by, among other things, setting the price for those products multiple times higher than similar products; (ii) the Company improperly induced doctors to use its Affinity and PuraPly XT products through lucrative reimbursements; (iii) as a result of all the foregoing, the Company's revenue and profits derived from its Affinity and PuraPly XT products were at least in substantial part unsustainable; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On October 12, 2021, an anonymous short report addressing *Organogenesis* was published on Value Investors Club, an online website where investors share investment ideas (the "VIC Report"). The VIC Report alleged, among other issues, that the Company has been improperly billing the federal government for $250 million annually. The VIC Report also alleged that the Company had set the price for its new wound covering, Affinity, "exorbitantly high[,]" which Medicare reimbursed, while making the product lucrative for doctors to use through large rebates, and that the Company employed a similar tactic for its new PuraPly XT product.

On this news, *Organogenesis*' stock price fell $1.70 per share, or 14.11%, to close at $10.35 per share on October 12, 2021.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See *www.pomlaw.com*.

CONTACT:Robert S. WilloughbyPomerantz *LLPrswilloughby@pomlaw.com888-476-6529* ext. 7980

**Load-Date:** December 10, 2021

Pomerantz Law Firm Announces the Filing of a Class Action Against Organogenesis Holdings Inc. and Certain Officers – ORGO

---

End of Document