# EXHIBIT 1



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

# Pomerantz Law Firm Announces the Filing of a Class Action Against Organogenesis Holdings Inc. and Certain Officers – ORGO

December 10, 2021 22:06 ET | Source: Pomerantz LLP

NEW YORK, Dec. 10, 2021 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Organogenesis Holdings Inc. ("Organogenesis" or the "Company") (NASDAQ: ORGO) and certain of its officers. The class action, filed in the United States District Court for the Eastern District of New York, and docketed under 21-cv-06845, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Organogenesis securities between March 17, 2021 and October 11, 2021, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased Organogenesis securities during the Class Period, you have until February 8, 2022 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Organogenesis is a regenerative medicine company that develops, manufactures, and commercializes solutions for the advanced wound care and surgical and sports medicine markets in the U.S. The Company's products include, among others, "Affinity" and "PuraPly XT". Affinity is a

The complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Organogenesis improperly billed the federal government for its Affinity and PuraPly XT products by, among other things, setting the price for those products multiple times higher than similar products; (ii) the Company improperly induced doctors to use its Affinity and PuraPly XT products through lucrative reimbursements; (iii) as a result of all the foregoing, the Company's revenue and profits derived from its Affinity and PuraPly XT products were at least in substantial part unsustainable; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On October 12, 2021, an anonymous short report addressing Organogenesis was published on Value Investors Club, an online website where investors share investment ideas (the "VIC Report"). The VIC Report alleged, among other issues, that the Company has been improperly billing the federal government for $250 million annually. The VIC Report also alleged that the Company had set the price for its new wound covering, Affinity, "exorbitantly high[,]" which Medicare reimbursed, while making the product lucrative for doctors to use through large rebates, and that the Company employed a similar tactic for its new PuraPly XT product.

On this news, Organogenesis' stock price fell $1.70 per share, or 14.11%, to close at $10.35 per share on October 12, 2021.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com.

GlobeNewswire
by notified

COVID-19 NEWS          SERVICES ⌄          CONTACT US          FRANÇAIS          SIGN IN          REGISTER

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

---

**Tags**

Class Action

## Recommended Reading

December 10, 2021 22:46 ET

Source:   Pomerantz LLP

**Pomerantz Law Firm Announces the Filing of a Class Action Against Revance Therapeutics, Inc. and Certain Officers – RVNC**

NEW YORK, Dec. 10, 2021 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Revance Therapeutics, Inc. ("Revance" or the "Company") (NASDAQ: RVNC) and...

December 08, 2021 18:53 ET

Source:   Pomerantz LLP

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Nuvei Corporation - NVEI**

NEW YORK, Dec. 08, 2021 (GLOBE NEWSWIRE) -- Pomerantz LLP is investigating claims on behalf of investors of Nuvei Corporation ("Nuvei" or the "Company") (NASDAQ: NVEI).   Such investors are advised...

## Explore

**U.S. SPACE FORCE INVITES HYBRID DATA MOVEMENT TECH...**

December 13, 2021 11:55 ET

**Capital Farm Credit returns more than $60 million ...**

December 13, 2021 11:53 ET

**CyberClan Announces Key Executive Hire**

December 13, 2021 11:49 ET

VeriBi
Laun
Squa

Decem

GlobeNewswire

COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Management**

· Home

· Newsroom

· RSS Feeds

· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2021 GlobeNewswire, Inc. All Rights Reserved.

GlobeNewswire