# EXHIBIT 3

**Organogenesis Holdings Inc. Loss Chart**
**Class Period: March 17, 2021 through October 11, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $10.18 |
| Bates, Brandon | 9/3/2021 | 600 | ($16.69) | ($10,014.00) | 10/13/2021 | 1,200 | $10.15 | $12,180.00 | | | | |
| | 9/3/2021 | 600 | ($16.68) | ($10,008.00) | | | | | | | | |
| | | 1,200 | | ($20,022.00) | | 1,200 | | $12,180.00 | 0 | $0.00 | ($7,842.00) | |