**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

GERGELY SOMOGYI, Individually and on
behalf of all others similarly situated,

         Plaintiff,

v.

ORGANOGENESIS HOLDINGS INC.,
GARY S. GILLHEENEY, SR., and DAVID C.
FRANCISCO,

         Defendants.

Case No.: 1:21-cv-06845-DG-MMH

Hon. Diane Gujarati

**NOTICE OF MOTION OF MARK FREDRICK DALESSI FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Mark Fredrick Dalessi ("Movant") respectfully moves

this Court for an order: (1) appointing Movant as Lead Plaintiff pursuant to § 21D of the Securities

Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform

Act of 1995 (the "PSLRA") and (2) approving Movant's selection of Levi & Korsinsky, LLP as

Lead Counsel for the Class.

Movant seeks appointment as lead plaintiff and approval of his choice of counsel pursuant

to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based

on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support

thereof, and the Court's complete files and records in this action, as well as such further argument

as the Court may allow at a hearing on this motion.

*[Signature on Following Page]*

Dated: February 8, 2022

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Mark Fredrick Dalessi*
*and [Proposed] Lead Counsel for the Class*