UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GERGELY SOMOGYI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ORGANOGENESIS HOLDINGS INC., GARY S. GILLHEENEY, SR., and DAVID C. FRANCISCO, <br><br> Defendants. | Case No.  1:21-cv-06845-DG-MMH |

NOTICE OF MOTION OF CRAIG ADAMS FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Craig Adams ("Adams"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Adams as Lead Plaintiff on behalf of a class consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Organogenesis Holdings Inc. securities between March 17, 2021 and October 11, 2021, both dates inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP and Holzer & Holzer, LLC as Co-Lead Counsel for the Class.

Adams is aware of Rule III.B.3. of the Individual Practice Rules of the Honorable Diane Gujarati ("Judge Gujarati's Rules"), which provides, in relevant part, that "[p]arties may not serve motion papers before the Court enters a briefing schedule." Adams is also aware of Local Civil Rule 37.3(a), which provides, in relevant part, that "[p]rior to seeking judicial resolution of a . . . non-dispositive pretrial dispute, the attorneys for the affected parties . . . shall attempt to confer in good faith in person or by telephone in an effort to resolve the dispute, in conformity with Fed. R. Civ. P. 37(a)(1)." Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is February 8, 2022, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). Adams will thus not know the identities of the other putative Class members, if any, who intend to file competing Lead Plaintiff motions until February 9, 2022—the day after the statutory deadline— making conferral with affected parties and full compliance with the foregoing rules prior to the filing of Adams's motion papers impracticable. Under these circumstances, Adams respectfully

1

requests that compliance with Rule III.B.3. of Judge Gujarati's Rules and Local Civil Rule 37.3(a) be waived in this instance. Alternatively, Adams respectfully submits that the 60-day PSLRA deadline falls within the exception provided for in Rule III.B.5. n.1 of Judge Gujarati's Rules, which states: "**If any party concludes in good faith that delaying the filing of a motion in order to comply with any aspect of these Individual Practice Rules will deprive the party of a substantive right, the party may file the motion within the time required by the Federal Rules of Civil, Criminal, and/or Appellate Procedure.**" (Emphasis in original.)

Dated: February 8, 2022

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
James M. LoPiano
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

HOLZER & HOLZER, LLC
Corey D. Holzer
(*pro hac vice* application forthcoming)
211 Perimeter Center Parkway
Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com

*Counsel for Craig Adams and Proposed Co-Lead Counsel for the Class*