UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERGELY SOMOGYI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORGANOGENESIS HOLDINGS INC., GARY S. GILLHEENEY, SR., and DAVID C. FRANCISCO,<br><br>Defendants. | Case No.  1:21-cv-06845-DG-MMH |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF CRAIG ADAMS FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Craig Adams ("Adams"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Adams's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz and Holzer & Holzer, LLC ("Holzer") as Co-Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart reflecting the financial interest of Adams in this litigation; |
| Exhibit B: | Press release published over *Globe Newswire* on December 10, 2021, announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certification executed by Adams; |
| Exhibit D: | Declaration executed by Adams; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of Holzer. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 8, 2022.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1