# EXHIBIT A

**Organogenesis Holdings Inc. (ORGO)**
**Class Period: March 17, 2021 to October 11, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $10.2129 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adams, Craig | 5/3/2021 | 1,000 | $23.3200 | ($23,320) | | | | | 1,000 | $10,213 | ($13,107) |

*Average Closing Prices from October 12, 2021 to January 7, 2022