**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

GERGELY SOMOGYI, Individually and on
behalf of all others similarly situated,

Plaintiff,

v.

ORGANOGENESIS HOLDINGS INC.,
GARY S. GILLHEENEY, SR., and DAVID C.
FRANCISCO,

Defendants.

Case No.: 1:21-cv-06845-DG-MMH

Hon. Diane Gujarati

**DECLARATION OF ADAM M. APTON IN SUPPORT OF MARK FREDRICK
DALESSI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Mark Fredrick Dalessi ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:      PSLRA Certification signed by Movant attesting to his transactions of Organogenesis Holdings Inc. ("Organogenesis" or the "Company") securities;

**Exhibit B**:      Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Organogenesis securities;

**Exhibit C**:    Press Release published December 10, 2021, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *Somogyi v. Organogenesis Holdings Inc., et. al.,* Case No. 1:21-cv-06845-DG-MMH;

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: February 8, 2022                           Respectfully Submitted,

                                                  **LEVI & KORSINSKY, LLP**

                                                  By: */s/ Adam M. Apton*
                                                  Adam M. Apton
                                                  55 Broadway, 10th Floor
                                                  New York, NY 10006
                                                  Tel: (212) 363-7500
                                                  Fax: (212) 363-7171
                                                  Email: aapton@zlk.com

                                                  *Lead Counsel for Mark Fredrick Dalessi*
                                                  *and [Proposed] Lead Counsel for the Class*

2