# EXHIBIT B

| Client Name | Mark Fredrick Dalessi |
|---|---|
| Company Name | Organogenesis Holdings Inc. |
| Ticker Symbol | ORGO |
| Security Type | |
| Class Period Start | 03-17-2021 |
| Class Period End | 10-11-2021 |
| 90-DAY Lookback Period Start | 10-12-2021 |
| 90-DAY Lookback Period End | 01-09-2022 |
| 90-DAY Lookback Average | $ 10.21 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $9,337.10 |
| *DURA LIFO\* Total* | $9,337.10 |
| Gross Shares Purchased | 1,000 |
| Net Shares Retained | 1,000 |
| Net Funds Expended | $19,550.00 |

### Mark Fredrick Dalessi

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO\* |
| 03-29-2021 | 1000 | 19.55 | $ 19,550.00 | | | | | | - | 1000 | 1000 | $ 10.21 | $ 10,212.90 | $ 9,337.10 | $ 9,337.10 |
| Total: | 1,000 | | $19,550.00 | | | | | | | 1,000 | 1,000 | | $10,212.90 | $9,337.10 | $9,337.10 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.