**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GERGELY SOMOGYI, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-06845-DG-MMH |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| ORGANOGENESIS HOLDINGS INC., GARY S. GILLHEENEY, SR., and DAVID C. FRANCISCO, | |
| Defendants. | |

**NOTICE OF MOTION OF RICHARD J. GANEM FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPOINTMENT OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable Diane Gujarati, at the United States District Court for the Eastern District of New York, located at Courtroom 4B S, 225 Cadman Plaza East, Brooklyn, New York 11201, Richard J. Ganem will respectfully move this Court for entry of an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Mr. Ganem as Lead Plaintiff; (2) approving his selection of Block & Leviton LLP as Lead Counsel for the class; ; and (3) providing any further relief that the Court may deem just and proper.

This Motion is made on the grounds that Mr. Ganem believes that he is "the most adequate plaintiff" under the PSLRA and should, therefore, be appointed Lead Plaintiff. Specifically, Mr. Ganem believes that he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the significant losses he incurred on his class period transactions in Organogenesis Holdings, Inc. securities. Further, Mr. Ganem, satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

This Motion is based upon the accompanying Memorandum of Law, the Declaration of Jeffrey C. Block filed herewith, the Declaration of Richard J. Ganem filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. Ganem respectfully requests that the Court: (1) appoint him as Lead Plaintiff pursuant to the PSLRA; (2) approve his selection of Block & Leviton LLP as Lead Counsel for the Class; and (3) grant any additional relief as the Court may deem just and proper.

Dated: February 8, 2022

Respectfully submitted,

*/s/ Jeffrey C. Block*
Jeffrey C. Block
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
jake@blockleviton.com

*Attorneys for the Richard J. Ganem and*
*Proposed Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Jeffrey C. Block*
Jeffrey C. Block