**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GERGELY SOMOGYI, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-06845-DG-MMH |
| Plaintiff, | CLASS ACTION |
| v. | |
| ORGANOGENESIS HOLDINGS INC., GARY S. GILLHEENEY, SR., and DAVID C. FRANCISCO, | |
| Defendants. | |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF RICHARD J. GANEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**

I, Jeffrey C. Block, declare, under penalty of perjury:

1. I am a partner with the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of Richard J. Ganem for appointment as lead plaintiff, and approval of his selection of counsel.

2. Attached hereto as Exhibit A is a copy of a press release issued by Pomerantz Law Firm, dated December 10, 2021, announcing the filing of a class action against the above-referenced defendants and noticing that the filing date for appointment as Lead Plaintiff is February 8, 2022.

3. Attached hereto as Exhibit B is a copy of Mr. Ganem's Declaration that states, among other things, that he is willing to serve as a representative plaintiff on behalf of the class.

4. Attached hereto as Exhibit C is Mr. Ganem's PSLRA certification.

5. Attached hereto as Exhibit D is a chart reflecting Mr. Ganem's losses in the relevant securities.

6. Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed Lead Counsel.

Dated: February 8, 2022                    */s/ Jeffrey C. Block*
                                           Jeffrey C. Block

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2022, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all

counsel of record.

/s/ Jeffrey C. Block
Jeffrey C. Block