# EXHIBIT C

**Certification Pursuant to Federal Securities Laws**

1. I, Richard J. Ganem, have reviewed the complaint on file in *Somogyi v. Organogenesis Holdings Inc. et al., No. 1:21-cv-06845 (E.D.N.Y.),* and have authorized the filing of this motion on my behalf.

2. I did not purchase Organogenesis Holdings Inc. securities that are the subject of the complaint on file at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Attached hereto as Exhibit 1 is a list of all my transactions in Organogenesis Holdings Inc. securities that are the subject of the complaint during the class period specified in that complaint.

5. During the past three years, I have not sought to serve as a representativeparty on behalf of a class under federal securities laws.

6. I will not accept payment for serving as a representative party on behalf of aclass beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02 / 01 / 2022   .

*Richard J Ganem*

Richard J. Ganem

# Exhibit 1

**Richard Ganem - Organogenesis Transactions**

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 03/17/21 | Sold | -200 | $17.1500 |
| 03/30/21 | Bought | 1,000 | $18.2100 |
| 03/31/21 | Bought | 1,000 | $18.0900 |
| 03/31/21 | Sold | -1,000 | $18.7200 |
| 04/01/21 | Bought | 400 | $18.2100 |
| 04/01/21 | Sold | -1,000 | $18.3000 |
| 04/01/21 | Sold | -400 | $18.5100 |
| 04/19/21 | Bought | 1,000 | $20.9000 |
| 04/20/21 | Bought | 500 | $20.3000 |
| 04/21/21 | Sold | -1,500 | $21.1200 |
| 04/23/21 | Bought | 800 | $21.6000 |
| 04/23/21 | Bought | 400 | $22.0955 |
| 04/23/21 | Bought | 100 | $22.0700 |
| 04/23/21 | Bought | 100 | $22.0900 |
| 04/23/21 | Sold | -800 | $22.4000 |
| 04/26/21 | Bought | 200 | $21.3500 |
| 04/29/21 | Bought | 200 | $20.3500 |
| 04/30/21 | Sold | -1,000 | $22.6000 |
| 05/04/21 | Bought | 1,008 | $21.9800 |
| 05/04/21 | Bought | 500 | $21.8000 |
| 05/04/21 | Bought | 200 | $21.6800 |
| 05/04/21 | Bought | 300 | $21.5900 |
| 05/11/21 | Bought | 700 | $17.8200 |
| 05/11/21 | Bought | 100 | $17.7100 |
| 05/17/21 | Bought | 200 | $18.3000 |
| 05/17/21 | Bought | 100 | $18.2600 |
| 05/17/21 | Bought | 500 | $18.5000 |
| 06/14/21 | Sold | -1,500 | $16.1555 |
| 08/10/21 | Bought | 500 | $15.1500 |
| 08/11/21 | Sold | -500 | $15.5000 |
| 09/02/21 | Bought | 300 | $16.8500 |
| 09/13/21 | Bought | 700 | $14.5470 |