# EXHIBIT D

**LIFO Loss Chart Report**

| | |
|---|---|
| Richard Ganem (ORGO) | Class Period Beginning: 03/17/2021 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Class Period End: 10/11/2021 |
| Security: 68621F102 | Lookback Period Beginning: 10/12/2021 |
| Class Period: March 17,2021 - October 11,2021 | Lookback Period End: 01/10/2022 |
| Currency: USD | Days in Lookback Period: 90 |
| | Lookback Period Average Closing Price: 10.21 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @01/10/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 1,200.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| Pre-Class Period Holdin | 200.0000 | | | | Sale | 03/17/202 | 200.0000 | 17.15 | 3,429.99 | 0.00 | |
| **1A. Total** | | **200.0000** | | | | | **200.0000** | | **3,429.99** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @01/10/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | **0.0000** | | | | | **0.0000** | | **0.00** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @01/10/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| | | ,000.0000 | | | | | | | | | |
| **1C. Total** | | **1,000.0000** | | | | | | | | **0.0000** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @01/10/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

**2A. ClassPeriod Purchases Sold Prior to End of Class Period**

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @01/10/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/31/202 | ,000.0000 | 18.09 | 18,090.00 | Sale | 03/31/202 | ,000.0000 | 18.72 | 18,720.00 | 0.0000 | 629.99 |
| Purchase | 04/01/202 | 400.0000 | 18.21 | 7,284.00 | Sale | 04/01/202 | 400.0000 | 18.30 | 7,320.00 | 0.0000 | 35.99 |
| Purchase | 03/30/202 | 600.0000 | 18.21 | 10,926.00 | Sale | 04/01/202 | 600.0000 | 18.30 | 10,980.00 | 0.0000 | 53.99 |
| Purchase | 03/30/202 | 400.0000 | 18.21 | 7,284.00 | Sale | 04/01/202 | 400.0000 | 18.51 | 7,404.00 | 0.0000 | 120.00 |
| Purchase | 04/20/202 | 500.0000 | 20.30 | 10,150.00 | Sale | 04/21/202 | 500.0000 | 21.12 | 10,560.00 | 0.0000 | 410.00 |
| Purchase | 04/19/202 | ,000.0000 | 20.90 | 20,900.00 | Sale | 04/21/202 | ,000.0000 | 21.12 | 21,120.00 | 0.0000 | 220.00 |
| Purchase | 04/23/202 | 800.0000 | 21.60 | 17,280.00 | Sale | 04/23/202 | 800.0000 | 22.40 | 17,920.00 | 0.0000 | 639.99 |
| Purchase | 04/29/202 | 200.0000 | 20.35 | 4,070.00 | Sale | 04/30/202 | 200.0000 | 22.60 | 4,520.00 | 0.0000 | 450.00 |
| Purchase | 04/26/202 | 200.0000 | 21.35 | 4,270.00 | Sale | 04/30/202 | 200.0000 | 22.60 | 4,520.00 | 0.0000 | 250.00 |
| Purchase | 04/23/202 | 100.0000 | 22.07 | 2,207.00 | Sale | 04/30/202 | 100.0000 | 22.60 | 2,260.00 | 0.0000 | 53.00 |
| Purchase | 04/23/202 | 100.0000 | 22.09 | 2,209.00 | Sale | 04/30/202 | 100.0000 | 22.60 | 2,260.00 | 0.0000 | 51.00 |
| Purchase | 04/23/202 | 400.0000 | 22.09 | 8,838.20 | Sale | 04/30/202 | 400.0000 | 22.60 | 9,040.00 | 0.0000 | 201.80 |
| Purchase | 05/17/202 | 100.0000 | 18.26 | 1,826.00 | Sale | 06/14/202 | 100.0000 | 16.15 | 1,615.55 | 0.0000 | (210.45) |
| Purchase | 05/17/202 | 200.0000 | 18.30 | 3,660.00 | Sale | 06/14/202 | 200.0000 | 16.15 | 3,231.10 | 0.0000 | (428.90) |
| Purchase | 05/17/202 | 500.0000 | 18.50 | 9,250.00 | Sale | 06/14/202 | 500.0000 | 16.15 | 8,077.75 | 0.0000 | (1,172.25) |
| Purchase | 05/11/202 | 100.0000 | 17.71 | 1,771.00 | Sale | 06/14/202 | 100.0000 | 16.15 | 1,615.55 | 0.0000 | (155.45) |
| Purchase | 05/11/202 | 600.0000 | 17.82 | 10,692.00 | Sale | 06/14/202 | 600.0000 | 16.15 | 9,693.30 | 0.0000 | (998.70) |
| Purchase | 08/10/202 | 500.0000 | 15.15 | 7,575.00 | Sale | 08/11/202 | 500.0000 | 15.50 | 7,750.00 | 0.0000 | 174.99 |
| **2A. Total** | | **7,700.0000** | | **148,282.20** | | | **7,700.0000** | | **148,607.25** | **0.00** | **325.04** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @01/10/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

**2.B ClassPeriod Purchases Sold During Lookback Period**

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @01/10/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2B. Total** | | **0.0000** | | **0.00** | | | **0.0000** | | **0.00** | **0.00** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @01/10/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

**2.C ClassPeriod Purchases Held at the End of Lookback Period**

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @01/10/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 09/13/202 | 700.0000 | 14.54 | 10,182.90 | | | | | | 700.0000 | (3,033.86) |
| Purchase | 09/02/202 | 300.0000 | 16.85 | 5,055.00 | | | | | | 300.0000 | (1,991.12) |
| Purchase | 05/11/202 | 100.0000 | 17.82 | 1,782.00 | | | | | | 100.0000 | (760.70) |
| Purchase | 05/04/202 | 300.0000 | 21.59 | 6,477.00 | | | | | | 300.0000 | (3,413.12) |
| Purchase | 05/04/202 | 200.0000 | 21.68 | 4,336.00 | | | | | | 200.0000 | (2,293.41) |
| Purchase | 05/04/202 | 500.0000 | 21.80 | 10,900.00 | | | | | | 500.0000 | (5,793.54) |
| Purchase | 05/04/202 | ,008.0000 | 21.98 | 22,155.84 | | | | | | 1,008.0000 | 11,861.23) |
| **2C. Total** | | **3,108.0000** | | **60,888.74** | | | **0.000** | | **$0.00** | **,108.0000** | **29,147.03)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @01/10/22 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Class Period Total | | ,808.0000 | 209,170.94 | | | | 7,700.0000 | | 148,607.25 | ,108.0000 | 28,821.98) |
| Grand Total | | ,808.0000 | 209,170.94 | | | | 7,900.0000 | | 152,037.25 | ,108.0000 | |
| Total LIFO Gain(Loss) | | | | | | | | | | | (28,821.98) |

**Loss Methodology:**
1934 Act, Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg. Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.