**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GERGELY SOMOGYI, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>ORGANOGENESIS HOLDINGS INC., GARY S. GILLHEENEY, SR., and DAVID C. FRANCISCO,<br><br>              Defendants. | Case No.: 1:21-cv-06845-DG-MMH<br><br>CLASS ACTION |

## STIPULATION AND [PROPOSED] ORDER REGARDING CASE CAPTION

WHEREAS, this action was commenced on December 10, 2021 with the filing of an initial complaint by Gergeley Somogyi (ECF No. 1);

WHEREAS, on August 25, 2022, the Court appointed Donald Martin Meyer as Lead Plaintiff ("Lead Plaintiff") and approved Lead Plaintiff's selection of Kessler Topaz Meltzer and Check LLP as Lead Counsel (ECF No. 25);

WHEREAS, on October 24, 2022, Lead Plaintiff filed the Amended Complaint (ECF No. 34), adding Manishkumar H. Bhagat and Dustin L. Lineweber as additional named plaintiffs;

WHEREAS, the caption reflected on the Court's docket does not match the caption on the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, and subject to the approval of the Court, as follows:

1.      The case caption is hereby amended as follows:

1

DONALD MARTIN MEYER,
MANISHKUMAR H. BHAGAT, and
DUSTIN L. LINEWEBER, Individually
and on Behalf of All Others Similarly
Situated,

                        Plaintiffs,

       v.

ORGANOGENESIS HOLDINGS INC.,
GARY S. GILLHEENEY, SR., and
DAVID C. FRANCISCO,

                        Defendants.

Case No.: 1:21-cv-06845-DG-MMH

CLASS ACTION

---

Dated: May 24, 2023

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

*S/ Sharan Nirmul*
Sharan Nirmul
Nathan A. Hasiuk
Austin W. Manning
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
nhasiuk@ktmc.com
amanning@ktmc.com

*Counsel for Lead Plaintiff Donald Martin*
*Meyer and Named Plaintiffs Manishkumar H.*
*Bhagat and Dustin L. Lineweber, and Lead*
*Counsel for the Putative Class*

Dated: May 24, 2023

**FOLEY HOAG, LLP**

*S/ Matthew C. Baltay*
Matthew C. Baltay (*pro hac vice*)
Rachel L. Kerner (*pro hac vice*)
Allen M. Thigpen
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

1301 Avenue of the Americas
New York, New York 10019
(212) 812-0400
mbaltay@foleyhoag.com
rkerner@foleyhoag.com
athigpen@foleyhoag.com

*Counsel for Defendants Organogenesis*
*Holdings, Inc., Gary S. Gillheeney, Sr., and*
*David C. Francisco*

2

**IT IS SO ORDERED** this ___ day of _____, 2023.


_____
The Honorable Diane Gujarati
United States District Judge

3