UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Donald Martin Meyer, Manishkumar H. Bhagat,
and Dustin L. Lineweber, Individually and on
Behalf of All Others Similarly Situated,

          Plaintiffs,

  v.

Organogenesis Holdings Inc., Gary S. Gillheeney, Sr.,
and David C. Francisco,

          Defendants.
-----------------------------------------------------------------X

JUDGMENT
21-CV-06845 (DG) (MMH)

A Memorandum and Order of the Honorable Diane Gujarati, United States District Judge, having been filed on March 29, 2024, granting Defendants' Motion to Dismiss, ECF No. 52, and dismissing the Amended Complaint, ECF No. 34; it is

ORDERED and ADJUDGED that Defendants' Motion to Dismiss, ECF No. 52, is granted; and that the Amended Complaint, ECF No. 34, is dismissed.

Dated: Brooklyn, New York
       March 29, 2024

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
       Deputy Clerk